UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 13-MJ-556 |
| | : | |
| IVAN LAMONT ROBINSON, | : | VIOLATIONS: |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| Defendant. | : | (Distribution of Oxycodone outside the |
| | : | Legitimate Practice of Medicine) |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853; 18 U.S.C. § 982(a)(7) |

**INDICTMENT**

The Grand Jury charges that:

**COUNTS ONE through FIFTY-FIVE**

On or about the days listed below, within the District of Columbia, the defendant, **IVAN LAMONT ROBINSON**, did knowingly and intentionally distribute a controlled substance, that is oxycodone, a Schedule II Controlled Substance, by writing a prescription for the same, outside the usual course of professional practice and not for a legitimate medical purpose:

| Count | Date of Prescription | Name of Patient | Drug Prescribed |
|---|---|---|---|
| One | 3/18/2013 | Trina King | 60 tablets of 30 mg oxycodone |
| Two | 4/4/2013 | Trina King | 60 tablets of 30 mg oxycodone |
| Three | 3/18/2013 | Johnny Jones | 60 tablets of 30 mg oxycodone |

1

| Count | Date of Prescription | Name of Patient | Drug Prescribed |
|---|---|---|---|
| Four | 4/4/2013 | Johnny Jones | 60 tablets of 30 mg oxycodone |
| Five | 6/18/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Six | 7/2/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Seven | 7/16/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Eight | 7/30/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Nine | 8/13/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Ten | 8/27/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Eleven | 9/10/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Twelve | 10/8/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Thirteen | 10/22/2012 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Fourteen | 1/3/2013 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Fifteen | 1/15/2013 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Sixteen | 1/28/2013 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Seventeen | 2/11/2013 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Eighteen | 2/22/2013 | Christi Townsend | 60 tablets of 30 mg oxycodone |
| Nineteen | 3/4/2013 | Chris Lusby | 60 tablets of 30 mg oxycodone |
| Twenty | 11/3/2011 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-one | 11/30/2011 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-two | 12/14/2011 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-three | 1/13/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-four | 1/26/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-five | 2/9/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |

| Count | Date of Prescription | Name of Patient | Drug Prescribed |
|---|---|---|---|
| Twenty-six | 3/20/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-seven | 4/10/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-eight | 4/24/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Twenty-nine | 7/20/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Thirty | 12/4/2012 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Thirty-one | 1/6/2013 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Thirty-two | 1/30/2013 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Thirty-three | 2/12/2013 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Thirty-four | 2/20/2013 | Robert Buckler | 60 tablets of 30 mg oxycodone |
| Thirty-five | 1/27/2012 | Kevin Copsey | 60 tablets of 30 mg oxycodone |
| Thirty-six | 2/9/2012 | Kevin Copsey | 60 tablets of 30 mg oxycodone |
| Thirty-seven | 3/15/2012 | Kevin Copsey | 60 tablets of 30 mg oxycodone |
| Thirty-eight | 3/15/2012 | Kevin Copsey (2nd prescription) | 60 tablets of 30 mg oxycodone |
| Thirty-nine | 2/11/2013 | Jesse Goble | 60 tablets of 30 mg oxycodone |
| Forty | 2/25/2013 | Jesse Goble | 60 tablets of 30 mg oxycodone |
| Forty-one | 3/11/2013 | Jesse Goble | 60 tablets of 30 mg oxycodone |
| Forty-two | 4/1/2013 | Jesse Goble | 60 tablets of 30 mg oxycodone |
| Forty-three | 1/23/2013 | Tammy Raum | 60 tablets of 30 mg oxycodone |
| Forty-four | 2/4/2013 | Tammy Raum | 60 tablets of 30 mg oxycodone |
| Forty-five | 2/18/2013 | Tammy Raum | 60 tablets of 30 mg oxycodone |
| Forty-six | 3/4/2013 | Tammy Raum | 60 tablets of 30 mg oxycodone |

| Count | Date of Prescription | Name of Patient | Drug Prescribed |
|---|---|---|---|
| Forty-seven | 4/1/2013 | Tammy Raum | 60 tablets of 30 mg oxycodone |
| Forty-eight | 11/4/2011 | Denise Thomas | 60 tablets of 30 mg oxycodone |
| Forty-nine | 11/29/2011 | Denise Thomas | 60 tablets of 30 mg oxycodone |
| Fifty | 2/24/2012 | Denise Thomas | 60 tablets of 30 mg oxycodone |
| Fifty-one | 3/22/2012 | Denise Thomas | 60 tablets of 30 mg oxycodone |
| Fifty-two | 5/21/2012 | Denise Thomas | 60 tablets of 30 mg oxycodone |
| Fifty-three | 1/23/2013 | Stephanie Dudzik | 60 tablets of 30 mg oxycodone |
| Fifty-four | 2/4/2013 | Stephanie Dudzik | 60 tablets of 30 mg oxycodone |
| Fifty-five | 2/14/2013 | Stephanie Dudzik | 60 tablets of 30 mg oxycodone |

**(Distribution of Oxycodone outside the Legitimate Practice of Medicine, and Aiding and Abetting, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2)**

## FORFEITURE ALLEGATION

1.  Upon conviction of any of the offenses alleged in Counts One through Fifty-five, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The property subject to forfeiture includes: 1) $108,000 seized on or about July 2, 2013; 2) a 2012 Volvo registered to Ivan Robinson; and 3) $997 seized on or about June 19, 2013. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853; and Title 18, United States Code, Section 982(a)(7))

A TRUE BILL:

FOREPERSON

*Channing D. Phillips/AJC*
Attorney of the United States in
and for the District of Columbia.