CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )
)
vs. ) Civil/Criminal No.: 16-098 (CKK)
)
IVAN LAMONT ROBINSON )
)

## NOTE FROM JURY

We have decided on all counts except for two.
We are irreconcilably [illegible] divided
on those two counts.

Date: 8/9/17

Time: 2:17 PM

[illegible]
FOREPERSON

(N)

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

Civil/Criminal No.: 16-098 (CKK)

IVAN LAMONT ROBINSON

## NOTE FROM JURY

If we determine all the elements of counts 1,2,3,4 have been met, are we nevertheless permitted to find not guilty as to these charges because the purpose and intention of these visits was to gather evidence?

Date: 8/9/17

Time: 10:48 am

FOREPERSON

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

Civil/Criminal No.: 16-098 (CKK)

IVAN LAMONT ROBINSON

**NOTE FROM JURY**

If we determine all the elements of counts 1, 2, 3, 4 have been met, are we nevertheless permitted to find not guilty as to these charges because the purpose and intention of these visits was to gather evidence?

Date: 8/9/17

Time: 10:48 am

FOREPERSON