**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

IVAN L. ROBINSON,

Defendant

Criminal Action No. 16-98 (CKK)

**ORDER**
(August 10, 2017)

Pursuant to Local Criminal Rule 24.2(b), "[a]fter a verdict is rendered or a mistrial is declared but before the jury is discharged, an attorney or party may request leave of court to speak with members of the jury after their discharge . . . If no request to speak with jurors is made before discharge of the jury, no party or attorney shall speak with a juror concerning the case except when permitted by the Court for good cause shown in writing." No parties requested to speak to the jurors in this case before they were discharged, and the judge has not allowed such communications. Absent having asked for or received such permission, no party shall speak with the jurors concerning the case. The Court will assess sanctions on any attorneys who violate this Order.

**SO ORDERED.**

/s

**COLLEEN KOLLAR-KOTELLY**
United States District Judge